# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                           Case No.:  16−32572−VFP
                           Chapter:  13
                           Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raimunda Rodriguez
   89−93 4th Ave
   Newark, NJ 07104

Social Security No.:
   xxx−xx−8249

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/7/17.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 7, 2017
JAN: jf

                                                                                               Jeanne Naughton
                                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-32572-VFP
Raimunda Rodriguez                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Mar 07, 2017
                             Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
db          +Raimunda Rodriguez,    89-93 4th Ave,    Newark, NJ 07104-2696
cr          +Nationstar Mortgage LLC as servicer for U.S. Bank,,    C/O Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516519679    Advantage,    PO Box 353,    Stanchfield, MN 55080
516519681   +Bay View,    PO Box 650091,    Dallas, TX 75265-0091
516519682   +KML LAW,    216 Haddon Ave,    Collingswood, NJ 08108-1120
516519683   +New Century,    Attn Pressler and Presseler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516519684   +north star,    220 john glenn dr,    Buffalo, NY 14228-2246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 07 2017 23:44:58     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 07 2017 23:44:56     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516519680      +EDI: ACCE.COM Mar 07 2017 23:18:00      Asset Acceptance,    PO Box 2036,    Warren, MI 48090-2036
516572997      +E-mail/Text: bankruptcy@cavps.com Mar 07 2017 23:45:14      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516580180       EDI: RESURGENT.COM Mar 07 2017 23:18:00     LVNV Funding LLC c/o Resurgent Capital Services,
                 PO Box 10675,    Greenville, SC 29603-0675
516519685       EDI: USBANKARS.COM Mar 07 2017 23:18:00     US Bank,   PO Box 790408,    Saint Louis, MO 63179
                                                                                                TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
              Andre L. Kydala    on behalf of Debtor Raimunda  Rodriguez kydalalaw@aim.com, kydalalaw@aim.com
              Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank, National Association, Successor Trustee to
               Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First
               Franklin Mortgage Loan Trust, Mortgage Loan Asset-Bac dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank,
               National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank,
               N.A. as Trustee, for Merrill Lynch First Franklin Mort nj_ecf_notices@buckleymadole.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6